## TURNER v. THE STATE.

(Decided December 18, 1913.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

THOMAS, J.—No error. Affirmed.

## UNION PRODUCE CO. v. PSAKI.

(Decided November 27, 1913.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROWE.

LEE J. MARX, for appellant. THOMPSON & THOMPSON, for appellee.

Per curiam. Dissmissed for want of prosecution.

## WATSON v. THE STATE.

(Decided January 20, 1914.)

APPEAL from Talladega City Court.

Heard before Hon. CECIL BROWNE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

THOMAS, J.—No error. Affirmed.

## WELCH v. THE STATE.

(Decided January 22, 1914.)

APPEAL from Dale Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

Per curiam. Appeal dismissed.